



Legal Order Processing   S3928-021
P.O. Box 29779
Phoenix, AZ 85038
(800) 922-4684

May 16, 2014

Us District Court Of Northern District Of Il
Clerk Of The Court
219 S Dearborn St
Chicago, IL 60604

Your Reference No:   13CV6767

Dear  Clerk Of The Court

We are in receipt of your legal document(s) related to the above referenced matter.   Attached you will find our response.

Thank you.

Legal Order Processing
Wells Fargo Bank, N.A.

Enclosure

WF Case No:   45332414

45332414
5/12 NA

REQU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY JOHANSEN, | ) | |
| | ) | |
| Judgment Creditor, | ) | Case No.: 13 CV 6767 |
| | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| DARLENE DANTES, | ) | Magistrate Judge Geraldine Brown |
| | ) | |
| Judgment Debtor, | ) | Court date: May 27, 2014, 9:00 a.m. |
| | ) | |
| WELLS FARGO, | ) | |
| | ) | |
| Respondent. | ) | |

### CITATION TO DISCOVER ASSETS TO A THIRD PARTY

To:  Wells Fargo
     2289 Howard Street
     Evanston, IL 60202

YOU ARE REQUIRED to either file your answer to this Citation or appear on Tuesday, May 27, 2014 at 9:00 a.m. in Courtroom 1419 located at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604.

A Judgment against Defendant Darlene Dantes in the amount of $99,000.00 was entered on March 14, 2012 in favor of Plaintiff Jeffrey Johansen. The amount of $94,500.00 remains unsatisfied, together with subsequently accruing interest. This Citation to Discover Assets is issued on the basis of the foregoing judgment. Your answer will inform the Court as to property you may hold belonging to Darlene Dantes. On or after the court date stated below, the court may compel the application of any discovered income or assets toward payment on the judgment.

You are PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment, a deduction order or garnishment, property belonging to the judgment debtor or to which she may be entitled or which may thereafter be acquired by or become due to him or her, and from paying over or otherwise disposing of any moneys not so exempt, which are due to the judgment debtor. This prohibition shall remain in effect until further order of court or termination of the proceeding. You are not required to withhold the payment of any monies beyond double the amount of the total sum due the judgment creditor.

1

If the account consists solely of funds that can be identified as exempt under federal or state law, you are PROHIBITED from FREEZING THE ACCOUNT and YOU MUST RESPOND that the account consists solely of exempt funds. Deposited funds that are exempt under federal and state law include Social Security, SSI, veteran's benefits, Railroad Retirement benefits, public assistance benefits, unemployment compensation benefits and/or circuit breaker property tax relief benefits.

WARNING: YOUR FAILURE TO APPEAR IN COURT OR FILE YOUR ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.

_____THOMAS G. BRUTON_____
CLERK

_____MAY 0 7 2014_____
DATE

_____J. Perez_____
BY: DEPUTY CLERK

2

## ANSWER OF THIRD PARTY RESPONDENT CITATION

Citation/Respondent: Wells Fargo
Court Date: May 27, 2014 at 9:00 a.m.
Defendant's Name: Darlene Dantes
SS No.: xxx-xx-2167
Case No. 13-CV-6767
Judgment Balance: $94,500.00

**FILED**

**MAY 2 3 2014**

THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

### INTERROGATORIES

Interrogatory: At the time of service of the Citation to Discover Assets, did you have in your custody or control any personal property or monies belonging to the judgment debtor Darlene Dantes?    Yes/No  (circle one)

### ANSWER

I, __**Rose Encinas, Agent**__, certify under penalty of perjury that with regard to the property of the judgment debtor, the Respondent files the following answer to this Citation to Discover Assets and on day of service of Citation to Discover Assets had possession of the following property of the judgment debtor:

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ **NO ACCOUNT FOUND**

B) Checking Account (Amount withheld) $ **NO ACCOUNT FOUND**

C) Certificate of Deposit (Amount withheld) $ **NO ACCOUNT FOUND**

D) Money Market Account (Amount withheld) $ _____

E) Trust Account (Amount withheld) $ _____

F) Safe Deposit Box $ **NO SAFE DEPOSIT BOX**

G) Adverse Claimant: Name **N/A**   Address **N/A**

H) Other Personal Property (Describe) **N/A**

Sub Total **N/A**

Less right of offset for other loans **N/A**
Less deduction for fees limited
by 205 ILCS 5/48.1(g) **N/A**           **N/A**

Total _____

4

According to the business records kept by Respondent, we show the above accounts to be held in the name(s) of others in addition to the judgment debtor. Their name(s) and address(es) are as follows:

Name(s) _____N/A_____  Agent Name _____N/A_____

_____  Address _____

Address _____

_____  City/State/Zip _____N/A_____

City/State/Zip ___N/A___  Telephone/Fax _____

And we show all funds held as of _____N/A_____ .

The agent of the Respondent certifies under penalties as provided by law pursuant to 28 USCS § 1746 and 735 § ILCS 5/1/1-109 that the answers to the interrogatories are true. I further certify that I have mailed a copy of the completed interrogatories to the judgment debtor.

A copy of the answer to these interrogatories must be filed with the Clerk of the United States District Court, Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois 60604. In addition, a copy must be sent to the attorney for the Judgment Creditor, Kyle C. Montmorency, Anthony J. Madonia & Associates, Ltd., 233 S. Wacker Drive, Suite 6825, Chicago, Illinois 60606.

WELLS FARGO BANK
LEVY PROCESSING
MAC S3928-021
P.O. BOX 29779
PHOENIX, AZ 85038-9779
PHONE: 480-724-2000
FAX: 866-670-1561

Agent for Respondent

Rose Encinas
Agent