TM

# United States District Court for the Northern District of Illinois

Case Number: 13-cv-6767                Assigned/Issued By: AS

Judge Name: Tharp                      Designated Magistrate Judge: Brown

## FEE INFORMATION

**Amount Due:**  ☐ $400.00   ☐ $46.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $505.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                       Receipt #: _____

Date Payment Rec'd: _____                Fiscal Clerk: _____

## ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
   (Type of Writ)

__1__ Original and __1__ copies on __2/3/2017__ as to _____
                                    (Date)

Darlene Dantes (Notice Filed)

G:\GDOCKET\OPERATIONS CLERK\Intake\FORMS        10/01/2014